UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO LOPEZ,

        Plaintiff,

    v.

FORD MOTOR COMPANY, et al.,

        Defendants.

Case No.  24-cv-02155-BLF

**ORDER TO SHOW CAUSE RE: SANCTIONS**

On January 27, 2026, Plaintiff filed an opposition to Defendant's Motion for Partial Summary Judgment.  ECF No. 20.  Plaintiff argued that Defendant's motion should be denied because "defendant is withholding discovery from plaintiff." *Id.* at 4.  Specifically, Plaintiff alleged that "[t]hrough its ongoing obstructive conduct," Defendant had not produced "[t]he requested—and outstanding—testimony and documents[.]" *Id.*  Plaintiff's counsel, Rabiya Tirmizi, concurrently filed a sworn declaration attesting that "Defendant . . . continues to obstruct the discovery process, failing to timely either produce a [person most knowledgeable] for the bulk of relevant deposition testimony or non-privileged documents responsive to Plaintiff's records requests."  Tirmizi Decl. ¶ 23, ECF 20-12.

On February 3, 2026, Defendant filed its reply.  ECF No. 23.  Defendant's counsel, by sworn declaration, informed the Court that "[a]t the time of filing his Opposition, Plaintiff had *not conducted any discovery in this case.*"  Vilchez Decl. ¶ 2, ECF 23-1.  Instead, Plaintiff first served discovery requests and noticed the deposition of Defendant's person most knowledgeable on January 28, 2026, the day after filing his opposition.  *Id.* ¶¶ 3–6 & Exs. A–D.

On February 19, 2026, the Court held a hearing on Defendant's Motion for Partial Summary Judgment. Ms. Tirmizi did not appear. *See* ECF No. 25. The Court docket reflects that Plaintiff received notice of the hearing date on January 13, 2026. *See* ECF No. 18.

Accordingly, Ms. Tirmizi is ORDERED TO SHOW CAUSE, if any, in writing **on or before March 5, 2026**, why monetary sanctions in the amount of $500 should not be imposed for misrepresenting facts to the Court in violation of Federal Rule of Civil Procedure 11(b) and for failing to appear as counsel of record for Plaintiff at the February 19, 2026, hearing on Defendant's Motion for Partial Summary Judgment. Counsel may request a hearing on this matter by advising the Court in the March 5, 2026, response to this Order to Show Cause. Absent a request for hearing, the matter will be submitted on March 5, 2026.

**IT IS SO ORDERED.**

Dated: February 19, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2